# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 14, 2014

## NO. 03-12-00122-CV

### Michael W. Lacey, Appellant

### v.

### City of DeSoto, Texas; City of DeSoto Police Department and Texas Commission on Law Enforcement Officer Standards and Education, Appellees

---

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the orders signed by the trial court on January 31, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order dismissing Lacey's suit against the Commission or in the trial court's order granting the City's motion to dismiss. Therefore, the Court affirms the trial court's orders. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.